UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:19-cv-02778-JAR-JPO |
| | : |
| PARKWAY VF LLC, | : |
| a New York limited liability company; | : |
| | : |
| JO-ANN STORES, LLC, an Ohio limited | : |
| liability company; | : |
| | : |
| and | : |
| | : |
| HARBOR FREIGHT USA, INC., a Delaware | : |
| corporation; | : |
| | : |
| Defendants. | : |
| _____/ | |

## **NOTICE OF SETTLEMENT**

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Defendants JO-ANN STORES, LLC and HARBOR FREIGHT USA, INC. have reached a settlement in principle with Plaintiff Fred Nekouee. Such parties expect to finalize and perfect the settlement agreement within the next 21 days.

    Respectfully submitted,

    s/Robert J. Vincze
    Robert J. Vincze (KS #14101)
    Law Offices of Robert J. Vincze
    PO Box 792 Andover, Kansas 67002
    Phone: 303-204-8207
    Email: vinczelaw@att.net

    Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

      I certify that on February 21, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                              s/Robert J. Vincze
                              Robert J. Vincze (KS #14101)