UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:19-cv-02778-JAR-JPO |
| | : |
| PARKWAY VF LLC, | : |
| a New York limited liability company; | : |
| | : |
| JO-ANN STORES, LLC, an Ohio limited liability company; | : |
| | : |
| and | : |
| | : |
| HARBOR FREIGHT USA, INC., a Delaware corporation; | : |
| | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
JO-ANN STORES, LLC and HARBOR FREIGHT USA, INC.**

Plaintiff and Defendants JO-ANN STORES, LLC and HARBOR FREIGHT USA, INC. by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants JO-ANN STORES, LLC and HARBOR FREIGHT USA, INC. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as such parties have entered into a Settlement Agreement.  Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE:  April 16, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (KS #14101)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

Case 2:19-cv-02778-JAR-JPO   Document 23   Filed 04/16/20   Page 2 of 2

2

ROUSE FRETS WHITE GOSS GENTILE RHODES, P.C.
*s/Brett C. Randol*
Brett C. Randol (KS #22794)
5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
Phone: 913-387-1600
Fax: 913-928-6739
Email: brandol@rousepc.com

*Attorneys for Defendant Parkway VF LLC*


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
*S/Sarah Kuehnel*
Sarah Kuehnel
Carol Krstulic
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: 314-412-8059
Email: sarah.kuehnel@ogletree.com
carol.krstulic@ogletree.com

*Attorneys for Defendants JO-ANN STORES, LLC and HARBOR FREIGHT USA, INC.*


## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (KS #14101)