UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

FRED NEKOUEE, individually, :
 :
   Plaintiff, :
 :
vs. :  Case No. 2:19-cv-02778-JAR-JPO
 :
PARKWAY VF LLC, :
a New York limited liability company; :
 :
JO-ANN STORES, LLC, an Ohio limited :
liability company; :
 :
and :
 :
HARBOR FREIGHT USA, INC., a Delaware :
corporation; :
 :
   Defendants. :
_____/

## NOTICE OF SETTLEMENT

  Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the

Court that the Defendant PARKWAY VF LLC has reached a settlement in principle with

Plaintiff Fred Nekouee.  Such parties expect to finalize and perfect the settlement agreement

within the next 21 days.

        Respectfully submitted,

        s/Robert J. Vincze_____
        Robert J. Vincze (KS #14101)
        Law Offices of Robert J. Vincze
        PO Box 792 Andover, Kansas 67002
        Phone: 303-204-8207
        Email: vinczelaw@att.net

        Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on June 4, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (KS #14101)