UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:19-cv-02778-JAR-JPO |
| PARKWAY VF LLC,<br>a New York limited liability company; | : |
| JO-ANN STORES, LLC, an Ohio limited liability company; | : |
| and | : |
| HARBOR FREIGHT USA, INC., a Delaware corporation; | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT PARKWAY VF LLC

Plaintiff and Defendant PARKWAY VF LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant PARKWAY VF LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as such parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE: June 16, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (KS #14101)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

2

ROUSE FRETS WHITE GOSS GENTILE RHODES, P.C.
*s/Brett C. Randol*
Brett C. Randol (KS #22794)
5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
Phone: 913-387-1600
Fax: 913-928-6739
Email: brandol@rousepc.com

*Attorneys for Defendant Parkway VF LLC*

## CERTIFICATE OF SERVICE

      I certify that on June 16, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

                                      s/Robert J. Vincze
                                      Robert J. Vincze (KS #14101)

2